PEOPLE *v* ALBERT JOHNSON. Appeal from Oscoda, Allan C. Miller, J. Submitted Division 3 December 7, 1971, at Grand Rapids. (Docket No. 11066.) Decided January 27, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Norman K. Marsh,* Special Prosecutor, for the people.

*James N. McNally,* for defendant on appeal.

Before: R. B. BURNS, P. J., and FITZGERALD and V. J. BRENNAN, JJ.

MEMORANDUM OPINION. Defendant Albert Francis Johnson was convicted by a jury of the offense of unlawful sale of a hallucinogenic drug, contrary to MCLA 335.106; MSA 18.1106. He was sentenced to a prison term of 1–1/2 to 4 years.

On appeal defendant claims that the people did not prove that phencyclidine (P.C.P.) was a dangerous drug and devotes the major portion of his brief to the issue of dangerous drugs.

The trial court was correct. The defendant was charged with selling a hallucinogenic drug, not a dangerous drug.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.